No. 390. PROPPER, RECEIVER, *v.* CLARK, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. C. A. 2d Cir. Certiorari granted limited to questions 1 and 2 presented by the petition for the writ, *i. e.:* (1) Did petitioner's appointment as temporary statutory receiver, on June 12, 1941, endow him with title by operation of law to the debt in question which was good as against the Custodian's subsequent Vesting Order? and (2) If not, did the September 29, 1941, judgment appointing petitioner permanent statutory receiver endow him with title to the debt in question as of the date of his appointment as temporary statutory receiver which was good as against the subsequent Vesting Order? THE CHIEF JUSTICE took no part in the consideration or decision of this application. *A. Walter Socolow* for petitioner. *Solicitor General Perlman, Assistant Attorney General Bazelon* and *James L. Morrisson* for respondent. ■

No. 365. FISCH ET AL. *v.* GENERAL MOTORS CORP.; and

No. 366. BATEMAN ET AL. *v.* FORD MOTOR CO. C. A. 6th Cir. Certiorari denied. *Ernest Goodman, Jack N. Tucker, Morton A. Eden* and *George W. Crockett, Jr.* for petitioners in Nos. 365 and 366, and *Edward Lamb* was also for petitioners in No. 366. *Henry M. Hogan* and *Nicholas J. Rosiello* for respondent in No. 365. *Rockwell T. Gust* and *William T. Gossett* for respondent in No. 366. Reported below: 169 F. 2d 266.

No. 395. CONSUMERS CO. *v.* CONSUMERS PETROLEUM Co; and

No. 425. CONSUMERS PETROLEUM CO. *v.* CONSUMERS Co. C. A. 7th Cir. Certiorari denied. *Joseph B. Fleming* for the Consumers Co. *Albert E. Jenner, Jr., Harry*

*G. Hershenson* and *James B. McKeon* for the Consumers Petroleum Co. Reported below: 169 F. 2d 153.

No. 403. ESTATE OF ZELLERBACH ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Philip S. Ehrlich* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Helen Goodner* for respondent.

Nos. 419 and 420. BEELER *v.* CHICAGO, ROCK ISLAND & PACIFIC RAILWAY Co. C. A. 10th Cir. Certiorari denied. *Claude E. Sowers* for petitioner. *W. F. Peter* for respondent.

No. 421. BRADHAM ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *W. F. Semple* for petitioners. *Solicitor General Perlman, Assistant Attorney General Vanech, Roger P. Marquis* and *S. Billingsley Hill* for the United States.

Nos. 423 and 424. BERNHARDT ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *George S. Fitzgerald* and *Paul B. Mayrand* for petitioners. *Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 179, Misc. JOHNSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 180, Misc. CLARK *v.* WEST VIRGINIA. Supreme Court of Appeals of West Virginia. Certiorari denied. *James S. Redmond* for petitioner.